| 1. Person Reporting (last name, first, middle initial)<br><br>Steele, William H. | 2. Court or Organization<br><br>U.S. District Court, Southern District of Alabama | 3. Date of Report<br><br>08/07/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination ☐ Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |
| 7. Chambers or Office Address<br><br>113 St Joseph Streeet<br>Mobile, AL 36602 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2017 | Musician Fees (self-employment) | $1,210.00 |
| 2. 2017 | First Church of Christ Scientist (reader fees) | $830.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Self-employed (accounting consultant) |
| 2. 2017 | Retirement Systems of Alabama |
| 3. 2017 | Nationwide Retirement Solutions (deferred pay & retirement annuity) |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Advisors | Line of Credit / Margin Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank Account | A | Interest | K | T | | | | | |
| 2. American Express High Yield Savings | A | Interest | K | T | | | | | |
| 3. Nationwide Retirement Solutions (457b) | E | Distribution | M | T | | | | | |
| 4. BROKERAGE #1 (H) | | | | | | | | | |
| 5. ENERGY SELECT ETF SECTOR SPDR (XLE) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 6. ISHARES ETF 10+ YR CREDIT BOND (CLY) (X) | A | Dividend | J | T | | | | | |
| 7. ISHARES COHEN & STEERS REIT (ICF) (X) | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 8. ISHARES ETF U.S. PREFERRED STOCK (PFF) (X) | A | Dividend | J | T | | | | | |
| 9. ISHARES 3-7 YR TREAS BOND (IEI) (X) | A | Dividend | | | Sold | 06/14/17 | J | | |
| 10. ISHARES ETF 7-10 YR TREASURY BOND (IEF) (X) | A | Dividend | J | T | Sold (part) | 02/27/17 | J | | |
| 11. ISHARES ETF INTERMEDIATE CREDIT BOND (CIU) (X) | A | Dividend | J | T | Buy (add'l) | 04/18/17 | J | | |
| 12. ISHARES ETF 1-3 YEAR CREDIT BOND (CSJ) (X) | A | Dividend | J | T | | | | | |
| 13. ISHARES 20+ YEAR ETF TREASURY BOND (TLT) (X) | A | Dividend | J | T | Buy (add'l) | 06/14/17 | J | | |
| 14. ISHARES FLOATING RATE BOND (FLOT) | A | Dividend | | | Buy | 03/10/17 | J | | |
| 15. | | | | | Sold | 04/18/17 | J | | |
| 16. ISHARES CORE MSCI ETF EAFE ETF (IEFA) (X) | B | Dividend | K | T | Buy (add'l) | 01/20/17 | J | | |
| 17. | | | | | Buy (add'l) | 05/01/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/22/17 | K | A | |
| 19. | | | | | Buy (add'l) | 09/01/17 | K | | |
| 20. | | | | | Sold (part) | 10/31/17 | J | B | |
| 21. ISHARES S&P MIDCAP 400 VALUE (IJJ) (X) | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 22. ISHARES CORE S&P 500 ETF S&P 500 INDEX FD (IVV) | A | Dividend | K | T | Buy | 05/16/17 | K | | |
| 23. | | | | | Sold (part) | 09/29/17 | J | A | |
| 24. ISHARES S&P500 VALUE (IVE) (X) | A | Dividend | | | Sold | 05/16/17 | J | A | |
| 25. ISHARES CORE S&P ETF SMALLCAP (IJR) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 26. ISHARES CURRENCY HEDGED MSCI EAFE (HEFA) | A | Dividend | | | Buy | 06/22/17 | K | | |
| 27. | | | | | Sold | 09/01/17 | K | | |
| 28. ISHARES INC ETF MSCI JAPAN ETF NEW (EWJ) | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 29. ISHARES MBS ETF (MBB) (X) | A | Dividend | J | T | | | | | |
| 30. ISHARES MSCI EUROZONE (EZU) (X) | A | Dividend | | | Sold | 09/01/17 | J | B | |
| 31. ISHARES TIP BOND (TIP) | A | Dividend | | | Buy | 02/27/17 | J | | |
| 32. | | | | | Sold | 06/14/17 | J | | |
| 33. PIMCO 0-5 YEAR HIGH YLD CORP BOND (HYS) | A | Dividend | | | Buy | 04/18/17 | J | | |
| 34. | | | | | Sold | 10/31/17 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
| | U =Book Value | V =Other | W =Estimated |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. POWERSHARES SR LOAN PORT (BKLN) (X) | A | Dividend | | | Sold | 04/18/17 | J | | |
| 36. POWERSHARES EM MAR SOV DE PT (PCY) (X) | A | Dividend | | | Sold | 03/10/17 | J | | |
| 37. POWERSHARES ACTIVELY MNGD EXCH TRD CMMDTY YLD (PDBC) | A | Dividend | | | Buy | 02/17/17 | J | | |
| 38. | | | | | Sold | 05/01/17 | J | | |
| 39. SPDR GOLD TRUST (GLD) (X) | A | Dividend | | | Sold | 02/17/17 | J | A | |
| 40. SECTOR SPDR TR ETF TECHNOLOGY SELECT SECTOR (XLK) | A | Dividend | J | T | Buy | 09/29/17 | J | | |
| 41. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 42. SELECT SECTOR SPDR ETF TR FINANCIAL (XLF) | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 43. | | | | | Buy (add'l) | 10/31/17 | J | | |
| 44. SPDR S&P 500 TRUST (SPY) (X) | A | Dividend | | | Buy (add'l) | 03/10/17 | J | | |
| 45. | | | | | Sold | 09/01/17 | K | C | |
| 46. SPDR S&P MIDCAP 400 TR (MDY) | A | Dividend | | | Buy | 02/17/17 | J | | |
| 47. | | | | | Sold | 05/16/17 | J | | |
| 48. SELECT SECTOR SPDR HEALTH CARE (XLV) | A | Dividend | | | Buy | 09/01/17 | J | | |
| 49. | | | | | Sold | 09/29/17 | J | A | |
| 50. SPDR BLACKSTONE/GSO ETF SENIOR LOAN (SRLN) | A | Dividend | J | T | Buy | 10/31/17 | J | | |
| 51. SPDR S&P DIVIDEND (SDY) (X) | A | Dividend | | | Sold | 01/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. VANGUARD FTSE ETF PACIFIC (VPL) | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 53. VANGUARD GROWTH ETF (VUG) | A | Dividend | K | T | Buy | 09/01/17 | K | | |
| 54. VANGUARD INTL EQUITY ETF INDEX FDS FTSE EMERGING MKTS ETF (VWO) (X) | A | Dividend | J | T | Sold (part) | 03/10/17 | J | A | |
| 55. | | | | | Buy (add'l) | 05/16/17 | J | | |
| 56. | | | | | Sold (part) | 09/29/17 | J | A | |
| 57. VANGUARD TELECOMMUNICATIONS ETF (VOX) | A | Dividend | | | Buy | 09/01/17 | J | | |
| 58. | | | | | Sold | 10/31/17 | J | | |
| 59. VANGUARD TOTAL STOCK MKT (VTSMX) | A | Dividend | | | Buy | 05/16/17 | J | | |
| 60. | | | | | Sold | 09/01/17 | J | A | |
| 61. IRA #1 (H) | | | | | | | | | |
| 62. Centennial Money Market (Y) | | | | | | | | | |
| 63. Putnam International Growth Class A (PINOX) | A | Dividend | J | T | | | | | |
| 64. AIG SunAmerica Focused Alpha Large Cap (SFLAX) | A | Dividend | J | T | | | | | |
| 65. IRA #2 (H) | | | | | | | | | |
| 66. Alliance Bernstein Real Estate Investment Class A (AREAX) | B | Dividend | K | T | | | | | |
| 67. Alliance Bernstein Large-Cap Growth Class A (APGAX) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. Alliance Bernstein Sustainable Global Thematic Fund (ALTFX) | A | Dividend | J | T | | | | | |
| 69. John Hancock Regional Bank (FRBAX) | B | Dividend | K | T | | | | | |
| 70. Prudential Jennison Blend Fund Class A (PBQAX) | B | Dividend | K | T | | | | | |
| 71. BROKERAGE #2 (H) | | | | | | | | | |
| 72. Centennial Money Market (Y) | | | | | | | | | |
| 73. Alliance Large Capital Growth (APGAX) | B | Dividend | K | T | | | | | |
| 74. Fidelity Adv Emerging Markets Income Fund (FMKAX) | B | Dividend | K | T | | | | | |
| 75. Fundamental Investors Inc. (American Funds) (ANCFX) | D | Dividend | M | T | | | | | |
| 76. Growth Fund of America (American Funds) (AGTHX) | D | Dividend | M | T | | | | | |
| 77. Franklin Mutual Shares (TESIX) | C | Dividend | K | T | | | | | |
| 78. New Economy Fund (American Funds) (ANEFX) | C | Dividend | L | T | | | | | |
| 79. Putnam Invt Fds Multi-Cap Value Fund (PMVAX) | C | Dividend | L | T | | | | | |
| 80. Washington Mutual (American Funds) (AWSHX) | D | Dividend | L | T | | | | | |
| 81. Campbell Strategic Allocation Fund | E | Int./Div. | M | T | | | | | |
| 82. Nationwide Destination B Variable Annuity (H) | | | | | | | | | |
| 83. FIDVIP Free 2020 SVC 2 (FFRTT) | | None | M | T | Sold (part) | 02/27/17 | J | | |
| 84. NW AMFDS NVIT ASSTALLOC II | | None | M | T | Sold (part) | 02/27/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.  NW NVIT INV DEST CAPAPP II | | None | M | T | Sold (part) | 02/27/17 | J | | |
| 86.  IRA #3 (H) | | | | | | | | | |
| 87.  Standard Bank Deposit (X) | A | Interest | M | T | | | | | |
| 88.  Euro Pacific Growth (American Funds) (AEPGX) | A | Dividend | J | T | | | | | |
| 89.  Growth Fund of America (American Funds) (AGTHX) | B | Dividend | K | T | | | | | |
| 90.  Putnam Intl. Growth Fund Class A (PINOX) | A | Dividend | K | T | | | | | |
| 91.  Putnam Growth Opportunities Fund Class A (POGAX) | C | Dividend | M | T | Sold (part) | 02/13/17 | K | D | |
| 92.  Putnam Multi-Cap Growth Fd Cl A (PNOPX) | A | Dividend | | | Sold | 11/09/17 | M | G | |
| 93.  First Trust Financial Alphadex Fund (FXO) (Y) | | | | | | | | | |
| 94.  OTHER HOLDINGS (H) | | | | | | | | | |
| 95.  Steele Enterprises LLC | | None | N | U | | | | | |
| 96.  Rental property, Orange Beach,AL | E | Rent | N | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, William H. | 08/07/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 3: Level of risk only - no control over asset selection or transactions.

Part VII, line 4: This header corresponds with the managed account that was reported collectively on line 35 of the 2016 report. Lines 5-60 of the 2017 report separately identify the underlying holdings and activity within this account.

Part VII, lines 64 and 92: Name corrections; see 2016, lines 5 and 31, respectively.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ William H. Steele**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544